IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL)

| | |
|---|---|
| SAGE BROOKS<br>8205 Houston Court<br>Takoma, MD 20912<br><br>   Plaintiff,<br><br> v.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civ. Act. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT ELI LILLY AND COMPANY**

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia and Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Eli Lilly and Company, undersigned, hereby certifies that to the best of its knowledge and belief, Eli Lilly and Company does not have a parent company and that none of its subsidiary or affiliate corporations has any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 11, 2006

Respectfully submitted,

_____
Charles H. Carpenter (*DC Bar No.* 432004)
George A. Lehner (*DC Bar No.* 281949)

OF COUNSEL:
Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.

Telephone: 215-981-4000
Fax: 215-981-4750
E-mail: gussackn@pepperlaw.com

Janet C. Goldberg
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W.
Washington, DC  20005-2004
Telephone: 202-220-1200
Fax: 202-220-1665
E-mail: goldbergj@pepperlaw.com

Washington, D.C.  20005-2004
Telephone: 202-220-1200
Facsimile: 202-220-1665
E-mail: carpentc@pepperlaw.com
          lehnerg@pepperlaw.com

*Attorneys for Defendant*
*Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail this 11th day of October, 2006 upon:

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee L. Robinson-Meyer, Esq.
Steven J. Lewis, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036

_____
Charles H. Carpenter