# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

November 28, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

*CA 06-1740 RWR*
*CA 06-1741 JDB*

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached CTO-74)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on **November 8, 2006**. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Jack B. Weinstein
     Transferor Judges:    (See Attached List of Judges)
     Transferor Clerks:    (See Attached List of Judges)

JPML Form 36



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-74)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,458 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 2 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-74 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 06-640 | Kimberly A. Bailey v. Eli Lilly & Co. |
| ALS 1 06-641 | Janet Beck v. Eli Lilly & Co. |
| ALS 2 06-656 | Shirley Watkins v. Eli Lilly & Co. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 06-1740 | David Michael Bosnic v. Eli Lilly & Co. |
| DC 1 06-1741 | Sage Brooks v. Eli Lilly & Co. |
| **IOWA NORTHERN** | |
| IAN 1 06-126 | Jeffrey Lucas v. Eli Lilly & Co. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-675 | Victoria Smith v. Eli Lilly & Co. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-7160 | Lovie King v. Eli Lilly & Co. |
| LAE 2 06-7161 | Dwight Jackson v. Eli Lilly & Co. |
| **LOUISIANA MIDDLE** | |
| LAM 3 06-750 | Noel Dixon v. Eli Lilly & Co. |
| **MINNESOTA** | |
| MN 0 06-3613 | Lina Quinonez, et al. v. Eli Lilly & Co. |
| MN 0 06-3884 | Ronni Haling v. Eli Lilly & Co. |
| MN 0 06-3885 | Sheila Durant v. Eli Lilly & Co. |
| MN 0 06-4100 | Fannie Robinson, et al. v. Eli Lilly & Co. |
| MN 0 06-4102 | Mattie Burley, et al. v. Eli Lilly & Co. |
| **TEXAS EASTERN** | |
| TXE 5 06-204 | Harry Campbell, et al. v. Eli Lilly & Co. |
| TXE 5 06-208 | Mary Kern, et al. v. Eli Lilly & Co. |
| TXE 5 06-209 | James Camp v. Eli Lilly & Co. |
| **TEXAS NORTHERN** | |
| TXN 3 06-1696 | Maria Bautista, et al. v. Eli Lilly & Co. |
| TXN 3 06-1697 | Sabrina Richardson, et al. v. Eli Lilly & Co. |
| TXN 3 06-1735 | Elda Gonzalez, et al. v. Eli Lilly & Co. |
| TXN 5 06-229 | Nick Castronovo v. Eli Lilly & Co. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-2896 | Lawrence Nixon v. Eli Lilly & Co. |

## INVOLVED COUNSEL LIST (CTO-74)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167

Floyd Kenneth Bailey
Bailey Perrin Bailey, LLP
The Lyric Center
440 Louisiana Street
Suite 2100
Houston, TX 77002

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Charles H. Carpenter
Pepper Hamilton, LLP
600 14th Street, NW
Washington, DC 20005-2008

Davina ShaRik Carson
Fargre & Benson, LLP
90 South 7th Street
Suite 2200
Minneapolis, MN 55402-3901

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Kathleen Anne Frazier
Shook, Hardy & Bacon, LLP
600 Travis Street
Suite 1600
Houston, TX 77002

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Kathryn S. Harrington
Hollis & Wright, PC
Financial Center
505 North 20th Street
Suite 1500
Birmingham, AL 35203

Larry D. Helvey
Moyer & Bergman, P.L.C.
2720 First Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Tor A. Hoerman
SimmonsCooper, LLC
707 Berkshire Boulevard
East Alton, IL 62024

Aaron M. Levine
Aaron M. Levine & Associates, PA
1320 19th Street, N.W.
Suite 500
Washington, DC 20036

Alan Daniel Mathis
Johnston, Barton, Proctor & Powell, LLP
AmSouth/Harbert Plaza
1901 6th Avenue North
Suite 2900
Birmingham, AL 35203-2618

David P. Matthews
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Ted G. Meadows
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

James C. Orr, Jr.
Heygood Orr Reyes & Bartolomei
909 Lake Carolyn Pkwy
17th Floor
Irving, TX 75039

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Street
Suite 1012
Minneapolis, MN 55415

Robert L. Salim
1762 Texas Street
P.O. Box 2069
Natchitoches, LA 71457-2069

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

Jennifer J. Spencer
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Justin Kurt Truelove
Patton & Tidwell
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75503-5398

Joseph L. Tucker
Jackson & Tucker, P.C.
Black Diamond Building
2229 First Avenue North
Birmingham, AL 35203-4203

Frank Woodson
Beasley, Allen, Crow, Methvin, Portis &
Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-74)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. John D. Bates
U.S. District Judge
4114 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Hon. Helen G. Berrigan
Chief Judge, U.S. District Court
U.S. Courthouse, Room C-556
500 Poydras Street
New Orleans, LA 70130

Hon. Sonja Faye Bivins
U.S Magistrate Judge
308 John A. Campbell United States Courthouse
113 St. Joseph Street
Mobile, AL 33602

Hon. Jane J. Boyle
U.S. District Judge
1376 Earle Cabell Federal Building &
U.S. Courthouse
1110 Commerce Street
Dallast, TX 75249

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon Federal Bldg.
& U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. Michael James Davis
U.S. District Judge
14E United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. A. Joe Fish
Chief Judge, U.S. District Court
1528 Earle Cabell Federal Bldg
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Linda R. Reade
U.S. District Judge
304 Federal Building and U.S. Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Hon. Richard W. Roberts
U.S. District Judge
4327 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. William H. Steele
U.S. District Judge
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Jay C. Zainey
U.S. District Judge
C-455 Hale Boggs Federal Building
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

INVOLVED CLERKS LIST (CTO-74)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse and Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

James D. Hodges, Jr., Clerk
101 First Street SE
Cedar Rapids, IA 52401

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Karen S. Mitchell, Clerk
C-221 Geroge H. Mahn Federal
Building & U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401-4002

Lawrence Talamo, Clerk
U.S. District Court
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415