| | | |
|---|---|---|
| **Greg Hughes/DCD/DC/USCOURTS**<br>12/19/2006 08:35 AM | To | Katherine Snuffer/DCD/DC/USCOURTS@USCOURTS |
| | cc | |
| | bcc | |
| | Subject | Fw: IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION |

More MDL stuff.  Thanks!
----- Forwarded by Greg Hughes/DCD/DC/USCOURTS on 12/19/2006 08:34 AM -----



| | | |
|---|---|---|
| **August Marziliano/NYED/02/USCOURTS**<br>12/19/2006 08:25 AM | To | Jeff Reinert/ALSD/11/USCOURTS@USCOURTS, Greg Hughes/DCD/DC/USCOURTS@USCOURTS, Mona Zingrich/ILSD/07/USCOURTS@USCOURTS, Deborah_Weiss@ilsd.uscourts.gov, Linda Ziegler/SDD/08/USCOURTS@USCOURTS, Donna Gregory/LAMD/05/USCOURTS@USCOURTS, Mary Kaye Conery/MND/08/USCOURTS@USCOURTS, Lou Jean Gleason/MND/08/USCOURTS@USCOURTS, Jeanne Henderson/TXED/05/USCOURTS@USCOURTS, Robbie Westmoreland/TXSD/05/USCOURTS@USCOURTS, Kathleen Murphy/TXSD/05/USCOURTS@USCOURTS, Robert Phelps/IAND/08/USCOURTS@USCOURTS, Tammy Shipley/TXND/05/USCOURTS@USCOURTS |
| | cc | |
| | Subject | IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION |

In accordance with Conditional Transfer Order 74, the Eastern District of New York has opened the following cases.

I have attached a copy of the Schedule which note your docket number(s), Case caption and corresponding EDNY number(s).

I have also attached the Conditional Transfer Order.  You may now close your case(s).  We will capture a copy of the docket sheet and any necessary documents from your ECF system.  You do not have to send us any documentation.

If anyone would like me to send future e-mails to another person in your office, then please e-mail me back with that information.

Thank You
August Marziliano
Administrative Assistant, Budget Analyst

  

CTO-74.pdf    cto-74 edny socket numbers pdf

# SCHEDULE CTO-74 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 06-640 | Kimberly A. Bailey v. Eli Lilly & Co. - 06cv6443 |
| ALS 1 06-641 | Janet Beck v. Eli Lilly & Co. - 06cv6444 |
| ALS 2 06-656 | Shirley Watkins v. Eli Lilly & Co. - 06cv6445 |
| **DISTRICT OF COLUMBIA** | |
| DC 1 06-1740 | David Michael Bosnic v. Eli Lilly & Co. - 06cv6446 |
| DC 1 06-1741 | Sage Brooks v. Eli Lilly & Co. - 06cv6447 |
| **IOWA NORTHERN** | |
| IAN 1 06-126 | Jeffrey Lucas v. Eli Lilly & Co. - 06cv6448 |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-675 | Victoria Smith v. Eli Lilly & Co. 06cv6449 |
| **LOUISIANA EASTERN** | |
| LAE 2 06-7160 | Lovie King v. Eli Lilly & Co. - 06cv6450 |
| LAE 2 06-7161 | Dwight Jackson v. Eli Lilly & Co. - 06cv6451 |
| **LOUISIANA MIDDLE** | |
| LAM 3 06-750 | Noel Dixon v. Eli Lilly & Co. - 06cv6452 |
| **MINNESOTA** | |
| MN 0 06-3613 | Lina Quinonez, et al. v. Eli Lilly & Co. - 06cv6453 |
| MN 0 06-3884 | Ronni Haling v. Eli Lilly & Co. - 06cv6456 |
| MN 0 06-3885 | Sheila Durant v. Eli Lilly & Co. - 06cv6457 |
| MN 0 06-4100 | Fannie Robinson, et al. v. Eli Lilly & Co. → 06cv6458 |
| MN 0 06-4102 | Mattie Burley, et al. v. Eli Lilly & Co. → 06cv6459 |
| **TEXAS EASTERN** | |
| TXE 5 06-204 | Harry Campbell, et al. v. Eli Lilly & Co. → 06cv6461 |
| TXE 5 06-208 | Mary Kern, et al. v. Eli Lilly & Co. → 06cv6462 |
| TXE 5 06-209 | James Camp v. Eli Lilly & Co. → 06cv6463 |
| **TEXAS NORTHERN** | |
| TXN 3 06-1696 | Maria Bautista, et al. v. Eli Lilly & Co. → 06cv6464 |
| TXN 3 06-1697 | Sabrina Richardson, et al. v. Eli Lilly & Co. → 06cv6465 |
| TXN 3 06-1735 | Elda Gonzalez, et al. v. Eli Lilly & Co. → 06cv6466 |
| TXN 5 06-229 | Nick Castronovo v. Eli Lilly & Co. → 06cv6467 |
| **TEXAS SOUTHERN** | |
| TXS 4 06-2896 | Lawrence Nixon v. Eli Lilly & Co. → 06cv6468 |